UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
NICOLE BURGESS,

                           Plaintiff,

-against-

TWO CHARLTON OWNERS CORP. and
CHARLTON OWNERS CORP.,

                           Defendants.
-------------------------------------------------------------X

Index No: 18-cv-5955
(VEC)

**STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)**

**IT IS HEREBY STIPULATED AND AGREED,** by and between the undersigned counsel for the parties, plaintiff Nicole Burgess and defendant Two Charlton Owners Corp. (collectively, the "Parties"), that pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, all of the claims that were asserted or that could have been asserted in the above-captioned action are hereby dismissed with prejudice and without costs or attorneys' fees to any Party as against the other.

**IT IS HEREBY FURTHER STIPULATED AND AGREED** that no Party hereto is an infant or incompetent person for whom a committee or conservator has been appointed.

**IT IS HEREBY FURTHER STIPULATED AND AGREED** that this Stipulation may be executed in counterparts and that facsimile/photocopy signatures may be accepted as originals for all purposes, including filing with the Court.

**IT IS HEREBY FURTHER STIPULATED AND AGREED** that this Stipulation may

be filed without further notice with the Clerk of the Court by and Party herein.

Dated: New York, New York
       January 22, 2019

BOYD RICHARDS PARKER & COLONNELLI, P.L.

By: _____
    Gary Ehrlich, Esq.
    7 Times Square, 19th Floor
    New York, New York 10036
    (212) 400-0626
    gehrlich@boydlawgroup.com
    *Attorneys for Defendant*

FINKELSTEIN LAW GROUP, PLLC

By: _____
    Stuart H. Finkelstein
    338 Jericho Turnpike
    Syosset, NY 11791
    (718) 261-4900
    finkelsteinlawgroup@gmail.com
    *Attorneys for Plaintiff*

SO ORDERED:

_____