STUART H. FINKELSTEIN, ESQ.

FINKELSTEIN LAW GROUP, PLLC
338 Jericho Turnpike
Syosset, New York 11791
(718) 261-4900

February 2nd, 2019

The Honorable Valerie E. Caproni
Thurgood Marshall
United States Courthouse
Southern District of New York
40 Foley Square
New York, New York 10007

      Re: Burgess vs. Two Charlton Owners Corp. et al
       Case No.: 1:18-cv-05955

Dear Judge Caproni,

I am requesting an extension of time to respond to your Order to Show Cause as this matter affects my license and my ability to practice law and to make a living.

I would like to consult with counsel and prepare an appropriate response. Therefore I am asking for a 45 day extension of the return date of the Order to Show Cause.

            Very truly yours,

            Stuart H. Finkelstein

SHF/tc
To all counsel of record via ECF