

STUART H. FINKELSTEIN, ESQ.

**FINKELSTEIN LAW GROUP, PLLC**
338 Jericho Turnpike
Syosset, New York 11791
(718) 261-4900

February 2nd, 2019

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/4/2019

The Honorable Valerie E. Caproni
Thurgood Marshall
United States Courthouse
Southern District of New York
40 Foley Square
New York, New York 10007

Re: Burgess vs. Two Charlton Owners Corp. et al
Case No.: 1:18-cv-05955

Dear Judge Caproni,

I am requesting an extension of time to respond to your Order to Show Cause as this matter affects my license and my ability to practice law and to make a living.

I would like to consult with counsel and prepare an appropriate response. Therefore I am asking for a 45 day extension of the return date of the Order to Show Cause.

Very truly yours,

Stuart H. Finkelstein

Application GRANTED IN PART. Mr. Finkelstein's response to this Court's order to show cause [Dkt. 46] is due no later than **March 15, 2019**. As soon as Mr. Finkelstein retains counsel, his counsel must file a notice of appearance on ECF.
SO ORDERED.

2/4/2019

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE

SHF/tc
To all counsel of record via ECF